AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
AUG - 9 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America <br> v. <br> Damon Lee Woods <br><br> Defendant(s) | ) ) ) ) ) ) ) <br> Case No. 1:18-mj-387 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2014 - the present__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841 and 846 | Conspiracy to Distribute 500 grams or more of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA David A. Peters

*Complainant's signature*

Kendrah Peterson, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9 Aug 18

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge