# Criminal Case Cover Sheet U.S. District Court

**FILED:** REDACTED

**Place of Offense:** ☐ Under Seal

- **City:**
- **County:** Fairfax
- **Superseding Indictment:**
- **Same Defendant:**
- **Magistrate Judge Case No.:**
- **Search Warrant Case No.:**

**Judge Assigned:**
**Criminal No.:** 1:18-mj-587
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Damon Lee Woods
- **Alias(es):**
- ☐ Juvenile  **FBI No.:** 331375WD7
- **Address:** XXXXXXXXXXX Washington, D.C. 20025
- **Employment:**
- **Birth Date:** XXXX, 1980
- **SSN:** XXX-XX-0047
- **Sex:** Male
- **Race:** Caucasian
- **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  **in:**
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** David A. Peters
- **Phone:** 703-299-3835
- **Bar No.:** 77184

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 USC 841 &846 | conspiracy to distribute 500 grams |  | Felony |
| Set 2: |  |  |  |  |

**Date:** August 7, 2018    **AUSA Signature:** [signature]

*may be continued on reverse*