# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City:
- County: Fairfax

☐ Under Seal
Superseding Indictment:
Same Defendant: X
Magistrate Judge Case No.: 1:18-MJ-387
Search Warrant Case No.:

- **Judge Assigned:** Anthony J. Trenga
- **Criminal No.:** 1:19-CR-11
- **New Defendant:**
- **Arraignment Date:**
- **R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Damon Lee Woods
- **Alias(es):**
- ☐ Juvenile
- **FBI No.:** 331375WD7
- **Address:** Washington, D.C.
- **Employment:**
- **Birth Date:** XX/XX/1980
- **SSN:** XXX-XX-0047
- **Sex:** Male
- **Race:** Caucasian
- **Nationality:**
- **Place of Birth:** | **Height:** | **Weight:** | **Hair:** | **Eyes:** | **Scars/Tattoos:**
- ☐ Interpreter **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:** 11/28/2018
- ☒ Already in Federal Custody as of: 11/28/2018 in: Alexandria ADC
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Harry Adrian Dennis, III
- ☒ Court Appointed
- **Counsel Conflicts:**
- **Address:** 2007 15th Street N, Suite 201
- ☐ Retained
- **Phone:** Arlington, VA 22201
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** David A. Peters
- **Phone:** (703) 299-3700
- **Bar No.:** 77184

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Kendrah Peterson, DEA

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841 and 84 | Conspiracy to Distribute 500 Grams | 1 | Felony |
| Set 2: | | | | |

**Date:** 01/08/2019  **AUSA Signature:** *[signature]*  *may be continued on reverse*