AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America )<br>v. )<br>Damon Lee Woods )<br> )<br>_____ )<br>*Defendant* | Case No.  1:19-cr-11 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  01/14/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Harry Dennis, Esq.
*Printed name of defendant's attorney*

_____
Anthony J. Trenga
United States District Judge
*Judge's signature*

The Honorable Anthony J. Trenga
*Judge's printed name and title*

FILED
IN OPEN COURT
JAN 15 2019
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA