IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-CR-11 (AJT) |
| | ) | |
| DAMON LEE WOODS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

STATEMENT OF FACTS

The United States and the Defendant, DAMON LEE WOODS (hereafter "WOODS"), stipulate that the allegations in the criminal information and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. From in and around December 2013, and continuing through in and around February 2018, the defendant, DAMON LEE WOODS, within the Eastern District of Virginia and elsewhere, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together with other persons to unlawfully, knowingly, and intentionally, distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 846.

2. During the course and in furtherance of the conspiracy, WOODS obtained quantities of methamphetamine from sources of supply in Washington, D.C., New York, New York, Atlanta, Georgia, and elsewhere, for further distribution in the Eastern District of Virginia and elsewhere. WOODS worked in concert with other co-conspirators, including, but not limited to, Nathan Griffin, Ryan Beda, William Brumbaugh, John Caudle, and others, to distribute methamphetamine

to customers within the Eastern District of Virginia and elsewhere. Many of these customers re-distributed the drug themselves.

3. Specifically:

    a. Beginning in 2014, WOODS partnered with Nathan Griffin, Ryan Beda, and others, to obtain and distribute methamphetamine. WOODS provided Griffin and Beda with methamphetamine that he obtained from a source of supply in Georgia. Griffin supplied WOODS and Beda with methamphetamine that he obtained from sources of supply in California. WOODS and Griffin supplied methamphetamine to Beda. All three distributed methamphetamine to customers within the Eastern District of Virginia and elsewhere.

    b. On or about July 28, 2015, in the District of Columbia, Nathan Griffin received a Federal Express package containing approximately 884 grams of methamphetamine. The package was mailed from one of Griffin's California-based sources of supply and transited through Dulles International Airport before it was delivered. Dulles International Airport is located within the Eastern District of Virginia.

    c. Following Griffin's arrest in 2015, WOODS continued his methamphetamine partnership with Beda and John Caudle. Beda supplied WOODS with methamphetamine that he obtained from a source of supply in New York. WOODS also supplied Beda with methamphetamine that he obtained from his sources of supply in Georgia and California.

    d. On or about February 11, 2017, law enforcement seized approximately $15,500 from WOODS at Ronald Reagan International Airport, located within the Eastern District of Virginia. Caudle and Beda provided WOODS with this money to purchase methamphetamine from a source of supply in California.

4. During the relevant period, WOODS was personally involved in the distribution of, or it was foreseeable to him that his co-conspirators would distribute, at least 5 kilograms, but less than 15 kilograms, of methamphetamine.

5. The acts described above were done willfully and knowingly and with the specific intent to violate the law and not by accident, mistake, inadvertence, or other innocent reason. This Statement of Fact does not contain each and every fact known to the defendant and to the United States, and it is not intended to be a full enumeration of all the facts surrounding the defendant's charges.

6. The defendant waives any rights that the defendant may have under Fed. R. Civ. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any proceeding.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: 1/11/2018

By: _____
David A. Peters
Assistant United States Attorney
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel.: (703)-299-3835
Fax: (703) 299-3850
david.peters@usdoj.gov

Defendant's Stipulation and Signature

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate and that, if the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 1'6 19

Damon Lee Woods,
Defendant

Defense Counsel's Signature

I am the attorney for Defendant in this case, Damon Lee Woods. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

Date: January 2019

Harry A. Dennis III, Esq.
Gregory Hunter, Esq.
Counsel for Defendant